UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEANNA JO CASTILLO, | Civil No. 6:22-CV-01425-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above- captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will take any action necessary to further develop the record and hold a de novo hearing;

- The ALJ will reevaluate and further develop the medical opinion evidence of record;

- The ALJ will reevaluate Plaintiff's alleged symptom complaints;

- The ALJ will reevaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p; and

- The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as needed.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

IT IS SO ORDERED this __21st__ day of __March__, 2023.

s/Michael J. McShane
UNITED STATES DISTRICT JUDGE

Submitted by:


NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN C. DANIELSON, OSB #065860
Civil Division Chief

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
Attorneys for Defendant
(206) 615-2114